IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUDSON MARSHALL COX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:09cv448-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for leave to amend his § 2255 motion (Doc. No. 10) and Petitioner's motion to amend his § 2255 motion (Doc. No. 11) it is

**ORDERED** that these motions (Doc. Nos. 10 and 11) be and are hereby GRANTED.

Petitioner's motion to amend his § 2255 motion contains additional claims of ineffective assistance of counsel. Accordingly, it is further

**ORDERED** that within thirty (30) days from the date of this order, the United States shall file a supplemental response addressing the claims of ineffective assistance of counsel presented in Petitioner's amendment to his § 2255 motion. The government is advised that its supplemental response should contain all relevant information, including identification of the claims contained in Petitioner's original § 2255 motion, from which the court can determine the applicability of the limitation period to the claims presented in Petitioner's motion to amend. The government should make specific reference to Rule 15(c),

Fed.R.Civ.P., which provides that "[a]n amendment of a pleading relates back to the date of the original pleading when ... the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth in the original pleading." Rule 15(c)(2), Fed.R.Civ.P. *See Pruitt v. United States*, 274 F.3d 1315, 1318-19 (11th Cir. 2001) (amended claims excluded from application of the limitation period only if they relate back to timely filed claims); *Davenport v. United States*, 217 F.3d 1341, 1344 (11th Cir. 2000) (same).

In light of the foregoing, the CLERK is DIRECTED to provide copies of Petitioner's amended § 2255 motion (Doc. No. 11) and his affidavit with attachments (Doc. No. 13) to attorneys Leon David Walker and Susan Graham James. Accordingly, it is

**ORDERED** that within twenty (20) days from the date of this order, Mr. Walker and Ms. James shall file with this court affidavits that address the claims of ineffective assistance of counsel presented against them in Petitioner's amended § 2255 motion. Mr. Walker and Ms. James shall also furnish the United States Attorney and Petitioner with copies of their affidavits.

Done this 11th day of August, 2009.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE