IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUDSON MARSHALL COX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:09cv448-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Petitioner, through counsel, has filed a motion for subpoenas duces tecum (Doc. No. 48), seeking to subpoena persons and documents during this proceeding.[1] Discovery may be permitted for good cause shown in proceedings under 28 U.S.C. § 2255. *See* Rule 6, *Rules Governing Section 2255 Proceedings for the United States District Courts*; *see also* Rule 45, Federal Rules of Civil Procedure (applying to subpoenas duces tecum in civil proceedings). The petitioner has failed to establish or indicate how the documents he seeks are relevant and material to an issue in this § 2255 proceeding, and therefore he has not demonstrated good cause for further discovery. Accordingly, it is

ORDERED that the petitioner's motion for subpoenas duces tecum (Doc. No. 48) be

---

[1] The petitioner requests that the subpoenas duces tecum be issued to attorney Leon David Walker, III, the United States Probation Office, the Drug Enforcement Administration, the Auburn Police Department, and the Montgomery City Jail and that the requested documents be produced to the petitioner's counsel in this proceeding.

DENIED.

Done this 14th day of June, 2011.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE