IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JUDSON MARSHALL COX, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 3:09cv448-WKW |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

The petitioner, through counsel, has filed a motion for subpoenas duces tecum (Doc. No. 51) and an amended motion for subpoenas duces tecum (Doc. No. 52), seeking to subpoena various documents during this proceeding.[1] Upon consideration of these motions, and for good cause, it is ORDERED that:

1. The petitioner's motion for subpoenas duces tecum is GRANTED to the extent that the petitioner seeks attorney Leon David Walker III's case file from the petitioner's original criminal case (Case No. 3:07cr106-WKW).

2. On or before August 5, 2011, Mr. Walker shall produce the case file from the petitioner's original criminal case to the petitioner's counsel, Aylia McKee.

---

[1] The petitioner requests that the subpoenas duces tecum be issued to attorney Leon David Walker, III, the Drug Enforcement Administration, the Auburn Police Department, and the Montgomery City Jail and that the requested documents be produced to the petitioner's counsel in this proceeding.

3. In all other respects, the petitioner's motion for subpoenas duces tecum (Doc. No. 51) and amended motion for subpoenas duces tecum (Doc. No. 52) are DENIED.

Done this 25th day of July, 2011.

      /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE