IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JUDSON MARSHALL COX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv448-WKW |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the petitioner's motion for subpoena filed September 27, 2011, in connection with the evidentiary hearing in this case, and for good cause, it is

ORDERED that the motion (Doc. No. 60) be and is hereby GRANTED. The requested subpoena shall be issued for the presence of Murray S. Robinson, U.S. Probation & Parole Office, to testify at the evidentiary hearing scheduled for October 5, 2011, at 9:00 a.m. before U.S. Magistrate Judge Wallace Capel, in Courtroom 5A, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The cost of transportation, subsistence, and fees for the witness shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

Done this 28th day of September, 2011.

                                              /s/Wallace Capel, Jr.
                                          WALLACE CAPEL, JR.
                                          UNITED STATES MAGISTRATE JUDGE